■ OSCAR W. GUSS, Appellant, v. SIBARCO STATIONS, INC., ATLANTIC REFINING COMPANY, AGENT, Respondent.—

Christ, P. J., Rabin and Benjamin, JJ., concur; Hopkins and Brennan, JJ., dissent and vote to affirm the judgment.